```
IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION
```

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| ONI ROBERTS, | : |
| | : CASE NO. 15-68822 |
| Debtors. | : |
| WILMINGTON SAVINGS FUND | : |
| SOCIETY, FSB, NOT IN ITS INDIVIDUAL | : |
| CAPACITY BUT SOLELY AS TRUSTEE | : |
| FOR THE PRIMESTAR-H FUND I TRUST | : |
| | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| | : |
| ONI ROBERTS, Debtor | : |
| ADAM M. GOODMAN, Trustee, | : |
| Respondents. | : |

## NOTICE OF HEARING ON EMERGENCY MOTION TO [EXTEND OR IMPOSE] AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that the Debtor(s) is filing an Emergency Motion to [Extend or Impose] the Automatic Stay as to WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE PRIMESTAR-H FUND 1 TRUST as to whom THE stay to be imposed or extended.

YOU ARE FURTHER NOTIFIED THAT the Emergency Motion shall come before the Court for hearing requested.

**Seeking Pro Nun Tunc for Imposing an Automatic Stay October 1, 2015**

**In prior Bankruptcy cases, I was unable to complete the process Due to Illness and surgery beyond my control, which I disclosed to the courts at that time.**

Oni Roberts, Pro Se
5371 Charity Way
Stone Mountain, GA 30083

## Certificate of Service

I, the undersigned, certify that I have delivered the foregoing documents by the U.S. mail prepaid first class to the attorneys or persons located at the addresses below:

Parties:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
orders@13trusteeatlanta.com

**BUSCH WHITE NORTON, LLP**

*/s/ Mark A. Baker*
Mark A. Baker, GA Bar No. 033840
Attorney for Movant
3330 Cumberland Blvd., Suite 300
Atlanta, GA 30339
770-790-3550
mbaker@bwnfirm.com

This 15th day of October, 2015

Oni Roberts
5371 Charity Way
Stone Mountain, GA 30083